# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| TRACIE BOYD | Civil Case # 1:20-cv-06127-RLY-TAB |
| JOSEPH CROWLEY | Civil Case # 1:20-cv-06147-RLY-TAB |
| DEBBIE PASCHAL | Civil Case # 1:20-cv-06222-RLY-TAB |
| RITA HESS | Civil Case # 1:20-cv-06252-RLY-TAB |
| WAGDY MAHMOUD | Civil Case # 1:21-cv-06331-RLY-TAB |

## NOTICE OF WITHDRAWAL OF APPEARANCE
## AND SUBSTITUTION OF COUNSEL

NOW COMES Jeffrey D. DeCarlo of the law firm Bernheim Kelley, LLC and gives notice of his appearance as counsel for Plaintiffs, Tracie Boyd, Joseph Crowley Debbie Paschal, Rita Hess and Wagdy Mahmoud, in the above-captioned matters.

Jeffrey D. DeCarlo is appearing as attorney of record for plaintiffs in place of Paula S. Bliss, who has withdrawn from working on these files.

Jeffrey D. DeCarlo hereby requests that all pleadings, motions, notices, correspondence and other documents relating to the above-captioned matter be sent to him using the address and contact information below.

Dated: April 10, 2025

Respectfully submitted,


/s/ Jeffrey D. DeCarlo
Jeffrey D. DeCarlo – FBN: 56390
Bernheim Kelley, LLC
1212 E. Broward Blvd., 3rd Floor
Fort Lauderdale, FL 33301
Tel. (954) 866-1111
JDeCarlo@realjustice.com

## **CERTIFICATE OF SERVICE**

      I certify that on April 10, 2025, I filed and served through the ECF system, the Notice of Appearance/Substitution of Counsel.  The Notice will be sent electronically via the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                         /s/ Jeffrey D. DeCarlo_____